THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Duane Mchenry | : | BK. NO. 17-00459 RNO |
| Debtor | : | |
| | : | |
| JPMorgan Chase Bank, NA | : | |
| Movant | : | CHAPTER 7 |
| v. | : | |
| | : | |
| Duane Mchenry | : | |
| Debtor | : | |
| and | : | |
| | : | |
| Robert P. Sheils, Jr. | : | |
| Trustee | : | |

**PRAECIPE WITHDRAWING THE TRUSTEE'S OBJECTION
TO MOTION OF JPMORGAN CHASE BANK, NA
FOR RELIEF FROM AUTOMATIC STAY**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to JPMorgan Chase Bank's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: May 10, 2017                                     /s/ Jill M. Spott_____
                                                        Jill M. Spott, Esquire
                                                        Attorney for Trustee
                                                        Sheils Law Associates, P.C.
                                                        108 North Abington Road
                                                        Clarks Summit, PA 18411
                                                        (570) 587-2600
                                                        jspottesq@sheilslaw.com